In the Matter of the Application of HARRY A. FATHAUER for Admission to Practice as an Attorney. (From the State of Illinois.)— Application granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

In the Matter of the Application of BERNARD STERN MEYER for Admission to Practice as an Attorney. (From the State of Maryland.)— Application granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

In the Matter of the Application of CHARLES B. SPENCER for Admission to Practice as an Attorney. (From the District of Columbia.)— Application granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

In the Matter of the Application of KENNETH FRANKLIN STONE for Admission to Practice as an Attorney. (From the State of Michigan.)— Application granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

## (December 22, 1947.)

ATLANTIC & PACIFIC PACKING CO., INC., Respondent, v. ISIDORE WEINSTEIN, Doing Business as WEINSTEIN'S FOOD STORES, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1073; post, p. 811.]

FRANCES BILLINGSLEY, Appellant, v. ALBERT G. ILLICH, Respondent.— Motion for reargument or, in the alternative, to resettle order, denied, without costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1063.]

ERIE RAILROAD COMPANY, Appellant, v. CHARLES H. SELLS, Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term properly made? Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See 272 App. Div. 1063.]

BERNARD GERLA, Appellant, v. BANKERS TRUST COMPANY, Individually and as Substituted Trustee under the Will of ALBERT S. ROSENBAUM, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [See ante, p. 770.]

In the Matter of the Application of SIDNEY SARABY, Formerly SIDNEY SARBOFSKY, for Admission to the Bar.— Application denied. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JAMES SCOVELL, an Attorney.— Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.

307 EAST 72ND STREET CORP., Respondent, v. ANTHONY B. CATALDO, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.